# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PAUL HULL, III, | Case No. 3:18-cv-00196-TMR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: November 27, 2018

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
Ohio Bar No. 0079315
Attorney for Plaintiff
HYSLIP & TAYLOR, LLC, LPA
3323 W. Diversey Avenue, Suite 5
Chicago, IL 60647
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2018, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:


Daniel W. Pisani, Esq.
Sessions, Fishman, Nathan
& Israel
120 S. LaSalle Street, Suite 1960
Chicago, IL 60603

Attorney for Defendant


                                                                   s/ Jeffrey S. Hyslip