UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PAUL HULL, III,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No.  3:18-cv-00196-TMR<br><br>Honorable Thomas M. Rose<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | Dated: January 28, 2019 |
| Hyslip & Taylor, LLC, LPA | Sessions, Fishman, Nathan & Israel |
| By: /s/ Jeffrey S. Hyslip<br>Jeffrey S. Hyslip, Esq.<br>Ohio Bar No. 0079315<br>3323 W. Diversey Avenue, Suite 5<br>Chicago, IL  60647<br>Telephone:  312-380-6110<br>Fax:  312-361-3509<br>jeffrey@lifetimedebtsolutions.com<br><br>*Attorney for Plaintiff* | By: /s/ Daniel W. Pisani<br>Daniel W. Pisani, Esq.<br>141 W. Jackson Blvd., Suite 3550<br>Chicago, IL  60604<br>Telephone: 312-578-0994<br>Fax: 312-578-0991<br>dpisani@sessions.legal<br><br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2019, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Daniel W. Pisani, Esq.
Sessions, Fishman, Nathan & Israel
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604

*Counsel for Defendant*

                                                                        s/ Jeffrey S. Hyslip